Jamaica Station  
Jamaica, NY 11435-4380  
718 558-8264 Tel  
718 558-8211 Fax  

Catherine A. Rinaldi  
President  

Haley Stein  
Vice President, General Counsel & Secretary  



**MEMO ENDORSED**

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #:_____  
DATE FILED: __10/31/2023__

October 30, 2023

*Via ECF*

Hon. Judge Valerie E. Caproni  
United States District Court  
Southern District of New York  
40 Foley Square  
New York, NY 10007

            RE:  James LaFata v. LIRR  
               23-CV-3644

Dear Judge Caproni:

  This letter is respectfully submitted on consent of the Plaintiff to request an adjournment of the Pretrial Conference presently scheduled before your Honor on November 3, 2023 at 10:00 a.m. This is the parties' first request to adjourn the Pretrial Conference. The reason there is a need for an adjournment is due to the fact that depositions remain outstanding. The parties continue to work together to complete discovery and do not have any discovery disputes.

  The parties are requesting an extension of 90 days to complete fact depositions. The parties are also requesting that all remaining dates in the Civil Case Management Plan and Scheduling Order be extended 90 days from their original date. The parties are available for the Pretrial Conference on a date convenient to the Court following the completion of fact depositions. Thank you for your kind consideration of this request.

                Respectfully submitted,

                Haley Stein, Esq.  
                Attorney for Defendant LIRR  
                By: Ronald J. Rizzo, Esq.  
                Law Dept. 1143 4th Floor  
                Jamaica Station  
                Jamaica, NY 11435  
                718-558-8267

cc: Frederic M. Gold, PC  
  450 Seventh Avenue, Suite 1308  
  New York, NY 10123

*The agencies of the MTA*

MTA New York City Transit    MTA Metro-North Railroad    MTA Capital Construction  
MTA Long Island Railroad    MTA Bridges and Tunnels    MTA Bus Company

Application GRANTED.  The deadline for fact discovery is extended *nunc pro tunc* from Friday, October 27, 2023, to **Monday, December 11, 2023**. The deadline for expert discovery is extended from Wednesday, November 15, 2023, to **Thursday, January 25, 2024**.  The Pretrial Conference scheduled for Friday, November 3, 2023, at 10:00 A.M. is ADJOURNED to **Friday, December 22, 2023, at 10:00 A.M.**  Not later than **Thursday, December 14, 2023**, the parties must submit a joint letter containing the information set out in the Case Management Plan, Dkt. 16 ¶ 10.

The Court is unlikely to grant further extensions absent extraordinarily good cause.

SO ORDERED.

*[signature]*   10/31/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE