UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES LAFATA,

                    Plaintiff,

   -v-

LONG ISLAND RAILROAD COMPANY,

                    Defendant.

CIVIL ACTION NO.: 23 Civ. 3644 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, a United States Magistrate Judge will conduct all further proceedings in this case, including but not limited to any decisions on motions, any jury or nonjury trial, and/or the entry of a final judgment. An appeal from a judgment entered by a Magistrate Judge, if any, is taken directly to the United States Court of Appeals in the same manner as an appeal from any other judgment of this court.

Magistrate Judge Sarah L. Cave will manage general pretrial matters and dispositive motions. General pretrial matters include scheduling discovery, non-dispositive pretrial motions, and settlement. All pretrial motions and applications, including those relating to scheduling and discovery, and dispositive motions must be made to Judge Cave and in compliance with this Court's Individual Practices, available on the Court's website at https://nysd.uscourts.gov/hon-sarah-l-cave.

By **December 21, 2023**, the parties shall file a joint letter reporting on the status of discovery.

Dated:    New York, New York
            December 14, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**