UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES LAFATA,

                       Plaintiff,

  -v-

LONG ISLAND RAILROAD COMPANY,

                       Defendant.

CIVIL ACTION NO.: 23 Civ. 3644 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The parties' request at ECF No. 24 is GRANTED, and the Court orders as follows:

1. The deadline for completion of expert discovery is EXTENDED to **February 29, 2024**.

2. By **March 7, 2024**, the parties shall file a joint letter certifying the completion of expert discovery and advising whether they request a referral to another Magistrate Judge for a settlement conference.

3. A telephone status conference is scheduled for **Monday, February 5, 2024 at 2:00 pm** on the Court's conference line. The parties are directed toc call: (866) 390-1828; access code: 380-9799, at the scheduled time.

Dated:    New York, New York
           December 22, 2023

SO ORDERED.

_____
**SARAH L. CAVE
United States Magistrate Judge**