UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES LAFATA,

                    Plaintiff,

-v-                                    CIVIL ACTION NO.: 23 Civ. 3644 (SLC)

LONG ISLAND RAILROAD COMPANY,              **ORDER**

                    Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held today, February 5, 2024, at which the parties represented that all discovery is complete, the Court orders as follows:

1. Discovery is deemed CLOSED.

2. By **March 6, 2024**, the parties shall file a joint letter (the "Letter") reporting on the status of their settlement discussions and advising whether they plan to continue direct negotiations or request a referral to the Court-annexed Mediation Program or to another Magistrate Judge for a settlement conference.

3. The parties' deadline to file dispositive motions is HELD IN ABEYANCE pending the Court's receipt of the Letter.

Dated:      New York, New York
              February 5, 2024

                                                      SO ORDERED.

                                                      **SARAH L. CAVE**
                                                      **United States Magistrate Judge**